# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

No. 1D18-0719

—————————————————

JOSEPH SIMMONS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

—————————————————

On appeal from the Circuit Court for Leon County.
Robert R. Wheeler, Judge.

June 13, 2018

PER CURIAM.

AFFIRMED.

ROBERTS, RAY, and KELSEY, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Joseph Simmons, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.